## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GARRETT BISHOP,                )<br>                                             )<br>               Plaintiff,          )<br>                                             )<br>v.                                          )<br>                                             )<br>AMERISAFE SERVICES, INC., and )<br>CHRISTOPHER COLEMAN,   )<br>                                             )<br>               Defendant.       )<br>_____) | Case No. _____ |

## COMPLAINT

Plaintiff Garrett Bishop, through undersigned counsel, states and alleges for his cause of action against Americafe Services, Inc. and Christopher Coleman:

1. Plaintiff Garrett Bishop is a resident if the state if Kansas.

2. Defendant Amerisafe Services, Inc. is a Kansas corporation with its principal place of business at 3210 W. Kellogg Dr., Wichita, Kansas 67203.

3. Defendant Christopher Coleman is a Kansas resident and at all times relevant to the allegations in this lawsuit has been the Chief Operating Officer of Amerisafe.

4. Amerisafe sells, installs, and services security systems in Kansas, Nebraska, and Oklahoma, and Missouri.

5. Amerisafe has gross receipts in excess of $500,000.00 per year.

6. Amerisafe employed Bishop from January 7, 2017 until May 31, 2017 as an alarm technician. Bishop worked full time.

7. Amerisafe wrongfully classified Bishop as a contractor.

1

8. Amerisafe dictated Bishop's work schedule, paid him by the hour, supplied a company vehicle and gas and materials, and required him to wear a company uniform.

9. Bishop regularly worked more than 40 hours per workweek without being compensated for all hours worked.

10. Amerisafe withheld at least $486 from Bishop's paychecks for on account of a child support garnishment but never remitted those funds to the state.

11. Bishop complained to Coleman on May 31, 2017 about being misclassified as well as being required to drive a work van with a broken windshield.

12. Coleman responded to the complaints by firing Bishop from his job at Amerisafe.

13. Personal jurisdiction is appropriate as the unlawful acts complained of occurred in this judicial district.

14. Subject matter jurisdiction is appropriate as Bishop's claims arise under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. Supplemental jurisdiction exists over Bishop's state law claims as they are part of the same case or controversy as his federal claims.

15. Venue is proper in this Court.

16. Amerisafe and Coleman are "employers" within the meaning of the FLSA and the Kansas Wage Payment Act, K.S.A. 44-313, et seq.

17. Bishop was Amerisafe and Coleman's "employee" within the meaning of the FLSA and the KWPA.

18. Bishop has been harmed by Amerisfe and Coleman's illegal conduct.

19. Amerisafe and Coleman are liable to Bishop for unpaid wages, unpaid straight time, unpaid overtime, employer-side payroll taxes, lost wages, compensatory damages, punitive damages, and attorneys fees and costs.

Wherefore, Plaintiff Garrett Bishop prays that judgment be entered in his favor, and against Defendants Amerisafe Services, Inc. and Christopher Coleman, in an amount exceeding $75,000.00.

**Plaintiff Garrett Bishop demands trial by jury.**

**Plaintiff Garrett Bishop designates Wichita, Kansas as the place of trial.**

Dated:  August 2, 2017.

Submitted by:

/s/ Sean McGivern
Sean M. McGivern, #22932
GRAYBILL & HAZLEWOOD, LLC
218 N. Mosley St.
Wichita, KS 67202
Telephone: (316) 266-4058
Fax: (316) 462-5566
sean@graybillhazlewood.com
*ATTORNEYS FOR PLAINTIFF*
